(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court** <br> **Middle District of Georgia** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): <br> NASH, ALVIN | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): <br> 5360 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): <br> 21 Valley Forest La. SE Smyrna GA 30082 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence of of the <br> Principal Place of Business: Cobb | County of Residence or of the <br> Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): <br> 05 99101 |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which <br> the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee Attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☑ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)   |   THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) FORM B1, Page 2

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s): ALVIN NASH |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed]_
Signature of Debtor

X Not Applicable
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s) / Bar No.

Firm Name

Address

Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X Not Applicable
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Not Applicable
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X Not Applicable
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# 05-99101



**JUDGE**



## NEW PETITION CHECKLIST

(Circle One)

**(CHAPTER 7)**    CHAPTER 11    CHAPTER 12    CHAPTER 13

BUSINESS    or    **(NON BUSINESS)**

( ) COMPLETE PETITION
(✓) INCOMPLETE PETITION

**CHECK-MARK THE FOLLOWING DOCUMENTS THAT ARE MISSING:**

( ) CHAPTER 13 PLAN
     (Notice of Plan Summary to be served by Debtor/Attorney)
( ) STATEMENT OF FINANCIAL AFFAIRS
( ) SCHEDULES:

___A___B___C___D___E___F___G___H___I___J
( ) ATTORNEY DISCLOSURE STATEMENT
( ) STATEMENT OF INTENT (See Schedule D)
( ) SUMMARY OF SCHEDULES
( ) LIST OF EQUITY SECURITY HOLDERS
( ) 20 LARGEST UNSECURED CREDITORS
( ) STATEMENT OF SOCIAL SECURITY NUMBER
( ) PRO SE AFFIDAVIT (To be returned within 5 days of filing date)

| FEE PAID | 41 |
| BALANCE | 129 |
| ADMIN | 39 |

(✓) ATTY/(DEBTOR) INFORMED THAT REMAINING DOCUMENTS ARE DUE TO BE FILED WITHIN 15 DAYS FROM FILING DATE

☑ O2g - Order Granting
   ☑ If more than $75 is paid:  Pmt.2: $ 64.50   Pmt.3: $ 64.50

☐ O3g - Order Granting ( 10 day )

☐ O2d - Order Denying    Pmt. Due: $ _____

| JUDGE | | CHAPTER 13 TRUSTEE | |
|---|---|---|---|
| BIHARY | DRAKE | 13B | 13G |
| BRIZENDINE | (MASSEY) | | |
| BONAPFEL | MULLINS | 13T | 13W |
| DIEHL | MURPHY | | |

### INTERIM TRUSTEE

| 1 | 6 | 11 | 16 | 21 | 26 |
| 2 | 7 | 12 | 17 | 22 | 27 |
| 3 | 8 | 13 | 18 | 23 | 28 |
| 4 | 9 | 14 | 19 | 24 | 29 |
| 5 | 10 | 15 | 20 | 25 | 30 |
|   | 97 | 98 | 99 |   |   |

1ST NATIONAL BANK OF MARIN
C/O DEBT RECOVERY
900 MERCHANTS CONCOUrse
WESTBURY, NY 11590


ADEFX
SEC CHEK
2612 C JACKSON AVE.
OXFORD, MS 38655


ALLIED INT
1979 MARCUS AVE.
LAKE SUCCESS, CA 92111


AMERISTAR
C/O COBB COUNTY STATE COURT


APPLIED CARD BANK
P.O. BOX 15371
WILMINGTON, DE 19850


ASSET ACCEPTANCE CORP.
28405 VAN DYKE
DETRIOT, MICHIGAN 48093


BELLSOUTH TELECOMMUNICATIONS
P.O. BOX 2036
WARREN, OH 43215


CAPITAL ONE
P.O. BOX 85520
RICHMOND, VA 23285


CROSS COUNTY BANK
C/O MIDLAND CREDIT
5575 ROSCOE CT
SAN DIEGO, CA 92123

EIS  
6602 CONVOY COURT  
SAN DIEGO, CA

FIRST US BANK  
800 BROOKSEDGE BLVD.  
WESTERVILLE, OH 43081

GEMB JC PENNY  
P.O. BOX 276  
DAYTON, OH 45101

HOUSEHOLD AUTOMOTIVE FINANCE  
C/O ASSECCT ACCEPTANCE CORP.  
7027 MILLER DRIVE  
WARREN, MI 48092

HSBC AUTO  
6602 CONVOY COURT  
SAN DIEGO, CA   92111

INTERNAL REVENUE FEDERAL TAX LIEN

LAKE COLONY APARTMENTS  
NATIONAL CREDIT  
3800 CAMP CREEK PKWY  
ATLANTA, GA

MIDLAND CREDIT MANAGEMENT  
5775 ROSCOE COURT  
SAN DIEGO, CA 92123

NAL SST  
4315 PICKETT RD.  
ST JOSEPH, MO 64503

SPRINT PCS
C/O PROFESSIONAL CREDIT
P.O. BOX 397
FARMINGDALE, NY 11735


SUPERIOR ASSET MANAGEMENT
5720 PEACHTREE PKWY
NORCROSS, GA 30092


WACHOVIA
P.O. BOX 3117
WINTSTON SALEM, NC 27102

Case Number 05- 99101

JB  REB  (JEM)  CRM  MGD  PWB  MHM  WHD

Chapter 7 Trustee: S. Gregory Hays (1)

341 Meeting 12/12/05 @ 1:00 Rm 368

```
            U. S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF GEORGIA
               ATLANTA DIVISION

               # 01083583 - NM
               October 17, 2005



Code       Case No      Qty      Amount By

7IN        05-99101      1       $80.00 CA
   Judge  - James E. Massey
   Debtor - A. NASH


TOTAL:                           $80.00


FROM: Alvin Nash
      21 Valley Forest La., S.E.
      Smyrna, GA 30082
```